UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

ISMAEL MENDIOLA

Defendant(s)

08CR349-DMS

CRIMINAL NO. 08mj267

ORDER

RELEASING MATERIAL WITNESS

Booking No.

2008 FEB 12 A 10:50

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

AGUSTIN JAIME RAMIREZ - HERRERA

DATED: 2/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

**by** J. Jarabek **Deputy Clerk**

J. JARABEK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082