UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08CR 349-DMS

UNITED STATES OF AMERICA, Plaintiff

vs.

ISMAEL MENDIOLA

Defendant(s)

CRIMINAL NO. 08mj2167

ORDER

RELEASING MATERIAL WITNESS

Booking No.

2008 FEB 12 A 10:

FILED

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

GUADALUPE MENDOZA-GUTIERREZ

DATED: 2/12/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

J. JARABEK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082